■ In the Matter of MILTON A. WHITE, Individually and on Behalf of All Other Residents and Property Owners on Elmbrook Drive, et al.,

Appellants, v VILLAGE OF MANLIUS et al., Respondents.—Judgment unanimously affirmed, without costs, on the decision at Special Term, Roy, J. (Appeal from judgment of Onondaga Supreme Court—art 78.) Present—Cardamone, J. P., Simons, Callahan, Doerr and Moule, JJ.